

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD SIMON CAIRNS, JOHN EVERSLEY, MICHAEL GIBBINS LVO, F.C.A., JP, ANTHONY JULIUS, LADY SARAH McCORQUODALE, BARONESS JILL PITKEATHLEY OBE, JOHN REIZENSTEIN, CHRISTOPHER SPENCE MBE, NALINI VARMA, trustees of THE DIANA, PRINCESS OF WALES MEMORIAL FUND, a charitable trust; THE HONORABLE FRANCES RUTH SHAND KYDD, THE LADY ELIZABETH SARAH LAVINIA McCORQUODALE and THE RIGHT REVEREND AND RIGHT HONORABLE RICHARD JOHN CAREW CHARTRES, BISHOP OF LONDON, executors of THE ESTATE OF DIANA, PRINCESS OF WALES; and THE DIANA, PRINCESS OF WALES MEMORIAL FUND (NO. 1) LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>FRANKLIN MINT COMPANY, a Delaware Partnership; ROLL INTERNATIONAL HOLDINGS, INC., a Delaware corporation; STEWART RESNICK, an individual; and LYNDA RESNICK, an individual,<br><br>Defendants. | Case No. 98-3847 FMC (BQRx)<br><br>[PROPOSED] JUDGMENT |

✓ Docketed
___ Copies / NTC Sent SCAN
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
✓ CLSD

1
[PROPOSED] JUDGMENT

1 | The Court having entered summary judgment for defendants, by Order entered
2 | June 28, 2000, and having awarded attorneys' fees to defendants in the amount of $2,308,000.00,
3 | by Order entered September 14, 2000;

**Now, Therefore, It is Hereby Ordered, Adjudged and Decreed:**

That plaintiffs take nothing, that the above-captioned action be dismissed on its merits, and that defendants Franklin Mint Company et al. recover from plaintiffs, and each of them, their attorneys' fees in the amount of $2,308,000.00 and their costs ~~in the amount of $~~, with interest on such attorneys' fees and costs at the rate provided by law.

Dated: September 15, 2000.

*[signature]*
The Honorable Florence Marie-Cooper
United States District Judge

Submitted by:

LOEB & LOEB LLP

By: *[signature]*
Daniel J. Friedman
Attorneys for Defendants

## PROOF OF SERVICE

I, MICHAEL KAPLAN, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 1000 Wilshire Boulevard, Suite 1800, Los Angeles, California 90017-2475.

On September 15, 2000, I served true copies of the following documents on the parties in this cause as follows:

**[PROPOSED] JUDGMENT**

[X]   (VIA HAND DELIVERY) in a sealed envelope I caused each such envelope to be delivered by hand to the offices of each interested party as set forth below, or on the attached service list.

Seth A. Gold, Esq.
Manatt, Phelps & Phillips, LLP
11355 West Olympic Boulevard
Los Angeles, California   90064-1614

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for delivery by messenger.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 15, 2000, at Los Angeles, California.

_____
Signature